DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VIRGINIA MILLER,**
Appellant,

v.

**MORAN FOODS, LLC** d/b/a **SAVE-A-LOT** and **JEAN KEANE,**
Appellees.

No. 4D21-3609

[January 12, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Laurie E. Buchanan, Judge; L.T. Case No. 562019CA002024.

Carlos D. Cabrera of Florida Advocates, Dania Beach, for appellant.

Ronald L. Harrop of O'Connor & O'Connor, LLC, Orlando, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***